UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVOIE, et al.,<br><br>    Defendant. | No. 1:22-cv-01035-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 6)<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE |

Plaintiff Guillermo Trujillo Cruz is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2022, the magistrate judge entered findings and recommendations, suggesting that this case be dismissed as duplicative. (Doc. No. 6.) Plaintiff filed objections on September 19, 2022. (Doc. No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Though the court dismisses this case, plaintiff is advised that case 1:19-cv-01024-ADA-HBK, which involves the same allegations as this case, is still open and pending before Magistrate Judge Helena M. Barch-Kuchta.

Accordingly,

1. The findings and recommendations the magistrate judge issued on August 26, 2022, (Doc. No. 6), are adopted in full;

2. This action is dismissed as duplicative; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     September 21, 2022                    _____
                                                 UNITED STATES DISTRICT JUDGE